**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>DOROTHY D. NICHOLS<br>JAMES SAMUEL NICHOLS<br><br>Debtor(s) | Case No. 05-30022<br>Chapter 7 |

### NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00 INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1. The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2. Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5.00 should be distributed by the trustee. The following funds are <u>de minimus</u> distributions and should be paid into the unclaimed registry of the court:

| **Claimant** | **Amount** | **Claim No.** |
|---|---|---|
| MBNA America Bank | $4.96 | 7 |

For a total of $4.96

                                                                    Respectfully Submitted,

                                                                    /s/ Mark A. Weisbart
                                                                    Mark A. Weisbart
                                                                    Texas Bar No. 21102650
                                                                    THE LAW OFFICES OF MARK A. WEISBART
                                                                    12770 Coit Road, Suite 541
                                                                    Dallas, Texas 75251
                                                                    (972) 628-3694 phone
                                                                    (972) 628-3687 fax
                                                                    weisbartm@earthlink.net
                                                                    CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing instrument was served on the U. S. Trustee through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, on this the 9th day of September, 2011.

                                                                    /s/ Mark A. Weisbart
                                                                    Mark A. Weisbart